# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**LEAVIE SCOTT,**

    Plaintiff,

-vs-                              Case No. 15-CV-347

**SAUK COUNTY JAIL,**
**JOHN DOE, sued as John Doe Jail Captain,**
**and LT. LANGE,**

    Defendants.

## DECISION AND ORDER

The plaintiff is a pro se prisoner. He was confined at the Sauk County Jail at all times relevant. On August 14, 2015, the Court screened the original complaint pursuant to 28 U.S.C. § 1915A. The Court directed the plaintiff to file an amended complaint with more information about his excessive force and due process claims if he wanted to proceed on the claims. The plaintiff has filed an amended complaint with additional information about the claims. His amended complaint does not, however, contain any request for relief, i.e., what type of relief he seeks from the from the defendants.

The amended complaint is deficient because it does not contain a request for relief. *See* Fed. R. Civ. P. 8(a)(3) ("A pleading that states a claims for relief must contain: . . . a demand for the relief sought, which

may include relief in the alternative or different types of relief."). The Court will allow the plaintiff to file a second amended complaint curing this deficiency.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT** on before **October 13, 2015**, the plaintiff shall file a second amended complaint curing the defect in the first amended complaint as described herein.

Dated at Milwaukee, Wisconsin, this 21st day of September, 2015.

**BY THE COURT:**

_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**